IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons,<br>      Plaintiff,<br><br>    v.<br><br>ROYAL CANIN U.S.A., INC. and<br>JOHN DOES 1–10,<br>      Defendants. | Case No. 15 C 2170<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Sheila Finnegan |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED pursuant to pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by and between the parties, through their undersigned attorneys, that the above-captioned action is voluntarily dismissed with prejudice as to all of Plaintiff's claims, and without prejudice as to any claims of putative class members, with each party to bear its own attorney's fees and costs.

Dated: December _11TH_, 2017

                                              /s/ Brian J. Wanca
Brian J. Wanca
Wallace C. Solberg
Glenn L. Hara
Ryan M. Kelly
Ross M. Good

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: (847) 368-1500
Fax: (847) 368-1501
E-mail: bwanca@andersonwanca.com;
wsolberg@andersonwanca.com;
ghara@andersonwanca.com;

rkelly@andersonwanca.com;
rgood@andersonwanca.com

*Attorneys for Plaintiff Shaun Fauley*

Dated: December  11 , 2017

Stephen D. Raber (*Admitted pro hac vice*)
Richmond T. Moore (*Admitted pro hac vice*)
Mara W. Murphy (*Admitted pro hac vice*)
Chanakya A. Sethi*

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: sraber@wc.com; rmoore@wc.com;
mmurphy@wc.com; csethi@wc.com

*\* Admitted only in New York. Practice limited to federal litigation outside the District of Columbia.*

William B. Berndt
Anand C. Mathew

HONIGMAN MILLER SCHWARTZ AND COHN LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
Telephone: (312) 701-9300
Fax: (312) 701-9335
E-mail: wberndt@honigman.com;
amathew@honigman.com

*Attorneys for Defendant Royal Canin U.S.A., Inc.*